UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LYM HOLDINGS LTD.,                                                 :
:
                        Plaintiff,,                           :
:      24-CV-8251 (JMF)
      -v-                                                         :
:      <u>ORDER</u>
DELTA CORP SHIPPING PTE LTD.,                                      :
:
                        Defendant.                            :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On October 30, 2024, Plaintiff filed an *ex parte* motion for a writ of attachment as to Defendant. *See* ECF No. 5. On November 1, 2024, the Court entered an order directing the Clerk of Court to issue process of maritime attachment and garnishment, s*ee* ECF No. 11, and the attachment and garnishment issued on November 4, 2024. Since that date, no receipt of service has appeared on the docket, no Defendant has entered an appearance, and the Court has received no notice informing it of the attachment. In light of the foregoing, Plaintiff shall, **no later than February 5, 2025,** file a letter on the docket informing the Court of the status of this case and describing next steps, including whether the case can or should be closed. If no letter is filed by that date, the Court will close the case with no further notice.

       SO ORDERED.

Dated: January 29, 2025
       New York, New York

                                                      JESSE M. FURMAN
                                             United States District Judge