# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

BRIAN P. MALONEY
PARTNER
(212) 574-1448
maloney@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

February 5, 2025

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    Re:    *Lym Holdings Ltd. v. Delta Corp Shipping PTE Ltd.*,
              No. 1:24-cv-8251-JMF (S.D.N.Y.)

Dear Judge Furman,

        We represent Plaintiff Lym Holdings Ltd. and write in response to the Court's order (ECF No. 12) requesting that a letter be filed on the docket to inform the Court of the status of this case and describing next steps, including whether the case can or should be closed.

        Following this Court's issuance of process of maritime attachment and garnishment (the "Attachment Order"), Plaintiff effected service of the Attachment Order on garnishee Oversea-Chinese Banking Corporation ("OCBC") together with interrogatories seeking information from OCBC on any account(s) or other property held by it and belonging to Defendant Delta Corp Shipping Pte Ltd. in this district, or any transfers of property belonging to the Defendant within the preceding 30 days. OCBC failed to provide sworn responses to Plaintiff's interrogatories but asserted via email that its New York Agency office had "no documentation or information" available and that its Head Office in Singapore would not respond "unless steps are taken to enforce the judgments in Singapore." OCBC's head of compliance in its New York Agency office likewise denied that it had any account for Defendant.

        In the interim, we note with interest that multiple creditors have been and continue to pursue Defendant for similar unpaid obligations in federal actions pending in other district courts. *See NYK Bulk & Projects Carriers Ltd v. Delta Corp Shipping Pte Ltd. et al.*, No. 24-cv-8006 (C.D. Cal.) (filed Sept. 18, 2024); *NYK Bulk & Projects Carriers Ltd. v. Delta Corp Shipping Pte Ltd. et al.*, No. 24-cv-1050 (D. Del.) (filed Sept. 19, 2024); *Hangang Global Shipping Co., Ltd. v. Delta Corp Shipping Pte Ltd. et al.*, No. 24-cv-1365 (D. Del.) (filed Dec.

Hon. Jesse M. Furman
February 5, 2025
Page 2

13, 2024); and *Hangang Global Shipping Co., Ltd. v. Delta Corp Shipping Pte Ltd. et al.*, No. 24-cv-11111 (D. N.J.) (filed Dec. 13, 2024).

   Plaintiff is presently unaware of attachable assets belonging to Defendant within this district. Accordingly, we would respectfully request that this case be administratively closed without prejudice to Plaintiff's claims and to the reopening of this matter upon notice to the Court that Plaintiff has grounds to believe that attachable assets may be found within this district.

Respectfully submitted,

*Brian P. Maloney*

Brian P. Maloney